PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235-6401
    Telephone: (206) 615-3735
    Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES P. COPELAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:23-cv-00993-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

        Pending the Court's approval, the parties stipulate through their respective counsel of record that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a forty-five (45) extension of time to respond to Plaintiff's Complaint in this case from July 25, 2023, up to and including September 8,2023. In support of this request, the Commissioner respectfully states as follows:

        1.  Defendant's response to Plaintiff's Complain is due to be filed by July 24, 2023.

            Defendant has not previously requested an extension of this deadline.

Stip. For Ext; 2:23-cv-00993-JDP                    -1-

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter.  The client agency therefore needs more time to prepare the CAR for the Court's review.  Accordingly, Defendant requests an extension of 45 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections to this extension request.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 8, 2023, to respond to Plaintiff's Complaint.

///

Stip. For Ext; 2:23-cv-00993-JDP                    -2-

1

Respectfully submitted,

2

DATE: July 19, 2023

Sackett & Associates, A Professional Law Corp.

3

*/s/ Harvey Peter Sackett\**
HARVEY PETER SACKETT

4

Attorney for Plaintiff
(*as authorized via email on July 18, 2023)

5

6

PHILLIP A. TALBERT
United States Attorney

7

MATHEW W. PILE

8

Associate General Counsel
Office of Program Litigation, Office 7

9

Social Security Administration

10

DATE: July 19, 2023            By        *s/ Justin L. Martin*
JUSTIN L. MARTIN

12

Special Assistant United States Attorney

13

Attorneys for Defendant

14

**ORDER**

15

16

IT IS SO ORDERED.

17

18

Dated:    July 19, 2023                    _____

19

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

Stip. For Ext; 2:23-cv-00993-JDP                    -3-