HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

HPS/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. COPELAND, ) | Case No. 2:23-cv-00993-JDP |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| KILOLO KIJAKAZI, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until November 1, 2023, in which to e-file his Motion for Summary Judgment which is due on October 2, 2023. Defendant shall file any opposition, including cross-motion, on or before December 4, 2023. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

STIPULATION AND ORDER

Dated: September 20, 2023           /s/HARVEY P. SACKETT
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    JAMES P. COPELAND

Dated: September 20, 2023           /s/JUSTIN L. MARTIN
                                    JUSTIN L. MARTIN
                                    Special Assistant U.S. Attorney
                                    Social Security Administration
                                    [*As authorized by email 9/20/23]

IT IS SO ORDERED.

Dated:   September 21, 2023         _____
                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

2

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755