PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
  Office of the General Counsel
  Social Security Administration
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (877) 833-2445
  E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES P. COPELAND,<br><br>   Plaintiff,<br><br> vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:23-CV-00993-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from December 1, 2023, up to and including February 2, 2024.  This is the Defendant's first request for an extension.

  Defendant requests this extension in order to further consider the nearly 1,200 page administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 27, 2023 | /s/  HARVEY P. SACKETT* |
|  | (*as authorized via e-mail on November 27, 2023) |
|  | HARVEY P. SACKETT |
|  | Attorney for Plaintiff |
| Dated: November 27, 2023 | PHILLIP A. TALBERT |
|  | United States Attorney |
|  | MATHEW W. PILE |
|  | Associate General Counsel |
|  | Social Security Administration |
| By: | /s/ Erin A. Jurrens |
|  | ERIN A. JURRENS |
|  | Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 2, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  November 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE